■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES VASQUEZ, Appellant.—Judgment, Supreme Court, Bronx County (Antonio I. Brandveen, J.), rendered April 4, 1990, convicting defendant, after a jury trial, of criminal possession of stolen property in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

Viewing the evidence in a light most favorable to the People and giving them the benefit of every reasonable inference *(People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932), we find that the evidence was sufficient as a matter of law to support the verdict finding defendant guilty beyond a reasonable doubt. The issues raised by defendant concerning the credibility of the police witnesses, including their observations of the stolen vehicle and whether they saw him driving it, and

the details of the chase that preceded defendant's apprehension, were properly placed before the jury, and we find no reason on the record before us to disturb its determination. Concur—Sullivan, J. P., Wallach, Kupferman and Ross, JJ.